GUTRIDE SAFIER LLP

Adam J. Gutride (State Bar No. 181446)
  adam@gutridesafier.com
Seth A. Safier (State Bar No. 197427)
  seth@gutridesafier.com
Todd Kennedy (State Bar No. 250267)
  todd@gutridesafier.com
Anthony J. Patek (State Bar No. 228964)
  anthony@gutridesafier.com
Marie McCrary (State Bar No. 262670)
  marie@gutridesafier.com

100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 789-6390
Facsimile:  (415) 449-6469

Attorneys for Plaintiff

UNITED STATES COURT OF APPEALS

FOR THE FEDERAL CIRCUIT

| | |
|---|---|
| EVOLUTIONARY INTELLIGENCE, LLC,<br><br>          Plaintiff-Appellant,<br><br>          v.<br><br>SPRINT NEXTEL CORPORATION, SPRINT COMMUNICATIONS COMPANY, L.P., SPRINT SPECTRUM L.P., SPRINT SOLUTIONS, INC., APPLE INC., FACEBOOK INC., FOURSQUARE LABS, INC., GROUPON, INC., LIVINGSOCIAL, INC., MILLENNIAL MEDIA, INC., TWITTER, INC., YELP, INC.,<br><br>          Defendants-Appellees. | Case Nos. 16-1188 -1190, -1191, -1192, -1194, -1195, -1197, -1198, -1199<br><br>Appeals from the United States District Court for the Northern District of California in Nos. 5:13-cv-03587-RMW, 5:13-cv-04201-RMW, 5:13-cv-04202-RMW, 5:13-cv-04203-RMW, 5:13-cv-04204-RMW, 5:13-cv-04205-RMW, 5:13-cv-04206-RMW, 5:13-cv-04207-RMW, and 5:13-cv-04513-RMW, Senior Judge Ronald M. Whyte.<br><br>**Entry of Appearance** |

To the Court, all parties, and their attorneys of record:

Please take notice that Todd Kennedy of the law firm of Gutride Safier LLP hereby appears in this action as counsel on behalf of Plaintiff-Appellant Evolutionary Intelligence LLC.

Evolutionary Intelligence respectfully requests that all pleadings and other documents be addressed to and served upon counsel using the contact information set forth in the signature below.

Dated: November 23, 2015        Respectfully submitted,

      /s/ Todd Kennedy            /
Adam J. Gutride, Esq.
Seth A. Safier, Esq.
Todd Kennedy, Esq.
Anthony J. Patek, Esq.
Marie McCrary, Esq.
Matthew McCrary, Esq.
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 639-9090
Facsimile: (415) 449-6469
adam@gutridesafier.com
seth@gutridesafier.com
todd@gutridesafier.com
anthony@gutridesafier.com
matt@gutridesafier.com

Attorneys for Plaintiff Evolutionary Intelligence LLC

**Proof of Service**

I, Todd Kennedy, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

I am employed in the City of San Francisco, County of San Francisco, State of California, and am a member of the bar of this Court. I am a resident of the United States, over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. My business address is Gutride Safier LLP, 100 Pine Street, San Francisco, California 94111.

Pursuant to Federal Circuit Rule 25(d), the foregoing document was served on all parties of record via email as follows:

| Name | Email |
|---|---|
| Jay Edward Heidrick | jheidrick@polsinelli.com |
| Karen Zelle Morris | kzmorris@polsinelli.com |
| Walter Thomas Henson | thenson@rameyflock.com |
| Zuzana S. Ikels | zikels@polsinelli.com |
| Robert John Artuz | rartuz@kilpatricktownsend.com |
| Jeffrey Matthew Connor | jmconnor@kilpatricktownsend.com |
| Matthew Joseph Meyer | mmeyer@kilpatricktownsend.com |
| Patrick E. King | pking@stblaw.com |
| Brandon Cody Martin | bmartin@stblaw.com |
| Jeffrey E Danley | Jdanley@stblaw.com |
| Heidi Lyn Keefe | hkeefe@cooley.com |
| Michael Graham Rhodes | rhodesmg@cooley.com |
| Andrew Carter Mace | amace@cooley.com |
| Christopher Edward Stretch | cstretch@ksrh.com |
| Deron R Dacus | ddacus@rameyflock.com |
| Jennifer Robin McGlone | jmcglone@kksrr.com |
| Lori L. Holland | lholland@kksrr.com |
| Mark R. Weinstein | mweinstein@cooley.com |
| Reuben H. Chen | rchen@cooley.com |
| Reuben Ho-Yen Chen | rchen@cooley.com |
| Shannon Marie Dacus | shannond@rameyflock.com |
| Craig R. Smith | csmith@lalaw.com |
| Eric Carnevale | ecarnevale@lalaw.com |

| | |
|---|---|
| Karen I. Boyd | boyd@turnerboyd.com |
| William Joseph Seymour, | wseymour@LALaw.com |
| Jeffrey G. Knowles | EfilingJGK@cpdb.com |
| Thomas L. Duston | tduston@marshallip.com |
| Julia D. Greer | Efilingjdg@cpdb.com |
| Scott Allen Sanderson | ssanderson@marshallip.com |
| Tron Yue Fu | tfu@marshallip.com |
| ordan A Sigale | jsigale@loeb.com |
| Jordan Adam Sigale | jsigale@loeb.com |
| Allen Franklin Gardner | allengardner@potterminton.com |
| Christopher M Swickhamer | cswickhamer@loeb.com |
| John Anthony Cotiguala | jcotiguala@loeb.com |
| Laura Ann Wytsma | lwytsma@loeb.com |
| Michael Edwin Jones | mikejones@potterminton.com |
| Christopher Charles Campbell | ccampbell@cooley.com |
| Christopher Campbell | ccampbell@cooley.com |
| Matthew J. Brigham | mbrigham@cooley.com |
| Nathan Kay Cummings | ncummings@cooley.com |
| Nathan K Cummings | ncummings@cooley.com |
| Robert John Artuz | rartuz@kilpatricktownsend.com |
| Jeffrey Matthew Connor | jmconnor@kilpatricktownsend.com |
| Matthew Joseph Meyer | mmeyer@kilpatricktownsend.com |

Executed on **November 23, 2015**

                                                  /s/ Todd Kennedy_____
                                                  Todd Kennedy